JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO OROSCO,<br><br>      Plaintiff,<br><br>  v.<br><br>SOUTH COAST DELI, INC., *et al.*,<br><br>      Defendants. | Case No. 2:24-cv-01527-FLA (SSCx)<br><br>**ORDER DISMISSING ACTION [DKT. 17]** |

On April 15, 2024, Plaintiff Alvaro Orosco ("Plaintiff") filed a Notice of Dismissal, dismissing the action pursuant to Fed. R. Civ. P. 41(a)(1).  Dkt. 17. Having considered the Notice of Dismissal and finding good cause therefor, the court hereby ORDERS:

    1.  All dates and deadlines governing this action are VACATED.

    2.  The court DISMISSES the action with prejudice.

IT IS SO ORDERED.

Dated: April 16, 2024

FERNANDO L. AENLLE-ROCHA
United States District Judge